UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNIVERSAL CITY STUDIOS ) 
PRODUCTIONS LLLP, a Delaware limited )
liability limited partnership; DISNEY )
ENTERPRISES, INC., a Delaware )
corporation; COLUMBIA PICTURES )
INDUSTRIES, INC., a Delaware corporation; )
and PARAMOUNT PICTURES )
CORPORATION, a Delaware corporation, )
                                           ) Case No. 05-30086-MAP
        Plaintiffs, )
         )
v. )
         )
DOES 1 - 6, )
         )
        Defendants. )
_____ )

## RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP is wholly and indirectly owned by NBC Universal, Inc. NBC Universal, Inc. is owned by General Electric Company, a publicly traded U.S. corporation, and Vivendi Universal S.A., a publicly held French company.

DISNEY ENTERPRISES, INC. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded United States company.

COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

PARAMOUNT PICTURES CORPORATION is a wholly owned subsidiary of Viacom Inc., a publicly traded U.S. company.

Dated: 4/13/05

Respectfully submitted,

Arthur F. Dionne (BBO # 125,760)
J. Kevin Grogan (BBO # 635,089)
McCORMICK, PAULDING & HUBER LLP
1350 Main Street, 5th Floor
Springfield, MA 01103
Tel. (413) 736-5401
Fax (413) 733-4543

Alexandra N. DeNeve (pro hac vice pending)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*