## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; DISNEY ENTERPRISES, INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br><br>Plaintiffs,<br><br>v.<br><br>DOES 1 - 6,<br><br>**DEFENDANTS.** | **CASE NO. 05-30086-MAP** |

## NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON

**NOTICE IS HEREBY GIVEN** that:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss with prejudice all claims in this action against Doe Defendants 2, 3 and 4, each side to bear its own costs and attorneys' fees.

Further pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss <u>without</u> prejudice all claims in this action against Doe Defendants 1, 5 and 6, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: _____     _____
                                                       Arthur Dionne, Esq.
                                                      McCormick, Paulding and Huber LLP
                                                      1350 Main Street, 5th Floor
                                                      Springfield, MA 01103
                                                      Tel. (413) 733-4543

                                                      Alexandra N. DeNeve (admitted pro hac vice)
                                                      LOEB & LOEB LLP
                                                      345 Park Avenue
                                                      New York, New York 10154-0034
                                                      Tel. (212) 407-4000
                                                      Fax (212) 407-4990

                                                      *Attorneys for Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

Dated:_____     _____
                                                        Hon. Michael A. Ponsor
                                                      UNITED STATES DISTRICT COURT JUDGE