# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; DISNEY ENTERPRISES, INC., a Delaware corporation; COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and PARAMOUNT PICTURES CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 6, <br><br> **DEFENDANTS.** | CASE NO. 05-30086-MAP |

## NOTICE OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER THEREON

**NOTICE IS HEREBY GIVEN** that:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss with prejudice all claims in this action against Doe Defendants 2, 3 and 4, each side to bear its own costs and attorneys' fees.



Further pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss <u>without</u> prejudice all claims in this action against Doe Defendants 1, 5 and 6, each side to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: September 20, 2005

/s/ Arthur F. Dionne
Arthur Dionne, Esq.
McCormick, Paulding and Huber LLP
1350 Main Street, 5th Floor
Springfield, MA 01103
Tel. (413) 733-4543

Alexandra N. DeNeve (admitted pro hac vice)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0034
Tel. (212) 407-4000
Fax (212) 407-4990

*Attorneys for Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

Dated: 9·22·05

/s/ Michael A. Ponsor
Hon. Michael A. Ponsor
UNITED STATES DISTRICT COURT JUDGE